Dated: August 23, 2005

Respectfully submitted,

Counsel for Petitioners:

/s/ Michael Rapkin

Michael Rapkin
Law Offices of Michael Rapkin
California State Bar No. 67220
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401
Tel: (310) 656-7880
Fax: (310) 656-7883

*Of Counsel*
Barbara Olshansky (NY0057)
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Case 1:05-cv-01714-UNA    Document 1-2    Filed 08/26/2005    Page 1 of 3

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

      Counsel for Petitioner certify, pursuant to L. Cv. N. 83.2(g), that they are representing Petitioner without compensation.

Dated:   August 23, 2005

                                      Michael  
                                      Law Offices of Michael Napkin  
                                      1299 Ocean Avenue, Suite 900  
                                      Santa Monica, California 90401  
                                      Tel: (310) 656-7880  
                                      Fax: (310) 656-7883

CERTIFICATE **OF SERVICE**

I hereby certify that I We caused a copy of the foregoing Petition for Writ of Habeas Corpus to be served this 23rd day of August, 2005, by certified mail, return receipt requested on:

Alberto N. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, NW
5111
Washington, DC 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Brice Gyurisko
Commander,
JTF-GTMO
APO AE 09360

I further certify that I have caused a copy of the foregoing Petition for Writ of Habeas Corpus to be served this same day by hand on:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

_____
Michael Rapkin
Law Offices of Michael Napkin
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401