IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUSIF ABDULLAH AL-RUBAISH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1714 (RWR) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order filed December 14, 2005, (dkt. no. 16) that grants in part petitioner's motion for preliminary injunction and enjoins respondents from removing petitioner from United States custody at Guantanamo Bay unless the Court and counsel for petitioner receive thirty days' advance notice of such removal.

Dated: February 13, 2006                    Respectfully submitted,

                                                                   PETER D. KEISLER
                                                                   Assistant Attorney General

                                                                   KENNETH L. WAINSTEIN
                                                                   United States Attorney

                                                                   DOUGLAS N. LETTER
                                                                   Terrorism Litigation Counsel

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ (WA Bar No. 33907)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000


Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

>Michael S. Rapkin
>1299 Ocean Avenue
>Suite 900
>Santa Monica, CA 90407
>mrapkin@rgblawyers.com
>
>Barbara J. Olshansky
>Center for Constitutional Rights
>666 Broadway
>7th Floor
>New York, NY 10012
>bjo@ccr-ny.org

>*/s/ Marc A. Perez*
>MARC A. PEREZ
>United States Department of Justice
>Civil Division, Federal Programs Branch
>One of the Attorneys for Respondents