IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUSIF ABDULLAH AL-RUBAISH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1714 (RWR) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appeal filed on February 13, 2006, was served via electronic mail on counsel for petitioner on February 14, 2006, as follows:

>   Michael S. Rapkin
>   1299 Ocean Avenue
>   Suite 900
>   Santa Monica, CA 90407
>   mrapkin@rgblawyers.com
>
>   Barbara J. Olshansky
>   Center for Constitutional Rights
>   666 Broadway
>   7th Floor
>   New York, NY 10012
>   bjo@ccr-ny.org

The original certificate of service erroneously indicated that counsel was served via electronic mail on February 13, 2006.

Dated: February 14, 2006.

Respectfully submitted,

/s/ Marc A. Perez
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents