

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO: Mike Bumgardner, Army Colonel
Joint Detention, Operations GRP.
c/o JTF – GTMO Staff Judge Advocate
APO, AE 09360

Civil Action, File Number  05-1714 ESH

Yousif Abdallah Al-Rabaiah

V.

George W. Bush, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you ... expenses incurred in serving a summons and complaint in any other manner permitted by law.

05-1714  FEZ  10-8-05

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mike Bumgardner, Army Col
Joint Detention, Opts. Grp.
c/o JTF-GTMO
Staff Judge Advocate
APO, AE 09360

2. Article Number (Transfer from service label)
7004 1160 0001 9681 5849

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Jess Jackson
C. Date of Delivery: 1 Dec 05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(behalf you are being served) must answer the ... nt by default will be taken against you for the ... pt of Summons and Complaint By Mail was

_____
USMS Official)

D COMPLAINT
the complaint in the above captioned manner at

mber and Street Name or P.O. Box No.
_____
e and Zip Code

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense