PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YOUSIF ABDULLAH AL-RUBAISH, *et al.*, | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | 05-1714 (RWR) |
| GEORGE W. BUSH, *et al.*, | ) ) | |
| *Respondents* | ) ) ) | |

**NOTICE OF FILING**
**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS**
**AND CROSS-MOTION FOR STAY AND ABEY ORDER**

Petitioner Yousif Abdullah Al-Rubaish, through his undersigned counsel, hereby gives notice of filing of his Petitioner's Opposition To Respondents' Motion To Dismiss And Cross-Motion For Stay-And-Abey Order.

Dated May 3, 2007.

Respectfully submitted,

Counsel for Petitioners:

*Of Counsel*

   /s/   Michael Rapkin

Gitanjali S. Gutierrez
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Michael Rapkin
Law Offices of Michael Rapkin
1299 Ocean Ave., Suite 900
Santa Monica, CA 90401
Tel: (310) 656-788-
Fax: (310) 656-7883