IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUSIF ABDULLAH AL-RUBAISH, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | 05-1714 (RWR) |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents* ) | |

## PROPOSED ORDER

Upon consideration of Petitioner's Opposition to Respondents' Motion to Dismiss, it is

ORDERED that (1) the Respondents' Motion to Dismiss the habeas action of Petitioner Yousif Abdullah Al-Rubaish is denied, and (2) that these actions be held in abeyance pending Petitioner's exhaustion of his remedies in the Court of Appeals under the Detainee Treatment Act of 2005 and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, or the Supreme court's resolution of the same jurisdictional issue as presented in a pending original habeas corpus petition filed in *In re Ali.*

IT IS SO ORDERED.

DATED:

_____
RICHARD W. ROBERTS
United States District Judge