IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                            :
                                            :
IN RE:                                      :
                                            :
GUANTÁNAMO BAY                              :   Misc. No. 08-444 (TFH)
DETAINEE LITIGATION                         :
                                            :
                                            :
_____  x
                                            :
                                            :
YOUSIF ABDULLAH AL-RUBAISH, et al.,         :
                                            :
                    Petitioners,            :
                                            :
              v.                            :   No. 05-CV-1714 (RWR)
                                            :
GEORGE W. BUSH, et al.,                     :
                                            :
                    Respondents.            :
                                            :
_____  x
```

## STATUS REPORT

Petitioner Al-Rubaish, by and through his undersigned counsel, respectfully submits this status report in response to the Court's July 3, 2008 Order:

1. Petitioner filed a habeas petition in August 2005. He was transferred from Guantánamo Bay to the custody of Saudi Arabia in January 2007. He has since been released from custody in Saudi Arabia.

2. Although Petitioner has been released from custody, he wishes to pursue further relief and challenge his designation as an "enemy combatant" through his habeas petition in order to address any collateral consequences of that designation. Petitioner also intends to pursue any remaining causes of action against the United States for damages resulting from his imprisonment at Guantánamo Bay.

3.      Petitioner objects to dismissal of his habeas petition, with or without prejudice, at this time. Instead, he requests permission to file a further status report within 60 days to address proposed procedures to govern this case.

4.      If Respondents move to dismiss this action on the ground that Petitioner has been released, Petitioner's counsel request 60 days to file a response.

Dated:    New York, New York
            July 14, 2008

Respectfully submitted,

Counsel for Petitioners:

/s/ Shayana D. Kadidal
Shayana D. Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Michael S. Rapkin
333 Washington Boulevard
Suite #339
Marina del Rey, CA 90292
Tel: (310) 306-1609
Email: mrapkin@rgblawyers.com